[No. 3686.]

CONE v. MONTGOMERY.

OPINION FOLLOWED.
Affirmed on the opinion in the case of *Cone v. Montgomery, ante,* p. 277.

*Appeal from the District Court of El Paso County.*

Mr. J. E. ROCKWELL and Mr. G. W. MUSSER, for appellant.

Messrs. ROGERS & SHAFROTH, for appellee.

MR. JUSTICE GABBERT delivered the opinion of the court.

So far as necessary, the facts in this case are stated in *Cone v. Montgomery, ante,* p. 277. The questions presented for determination are the same as in that case, and for the reasons there given, the judgment of the district court is affirmed.

*Affirmed.*